**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tyrone E. FREEMAN, Defendant–
Appellant.**

No. 02–6318.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2002.
Decided June 11, 2002.

Tyrone E. Freeman, Appellant Pro Se. Sandra Wilkinson, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before LUTTIG and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Tyrone E. Freeman seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and denying reconsideration of that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Freeman,* Nos. CR–98–433–AW; CA–01–1985–AW (D.Md. Oct. 29, 2001 & Jan. 2, 2002). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*